# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-433-FDW-DCK

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GASTON COLLEGE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Kimberly Wilson White, concerning Gregory J. Myers on September 22, 2015. Mr. Gregory J. Myers seeks to appear as counsel *pro hac vice* for Plaintiff Hawk Technology Systems, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Gregory J. Myers is hereby admitted *pro hac vice* to represent Plaintiff Hawk Technology Systems, LLC.

**SO ORDERED**.

Signed: September 22, 2015

David C. Keesler
United States Magistrate Judge